**Opinion issued July 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00484-CV

————————————

## IN RE DARSA MILLER AND HEALING PATH ACUPUNCTURE & MASSAGE THERAPY, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On June 27, 2024, relators Darsa Miller and Healing Path Acupuncture & Massage Therapy filed a petition for writ of mandamus challenging the trial court's June 12, 2024 order in connection with relators' "Supplemental Motion to Compel [Texas Rule of Civil Procedure] 204 Physical Examination of [Real Party in Interest]

Jennifer White."[1]  Relators also filed an "Emergency Motion for Temporary Relief," requesting that the Court stay enforcement of the trial court's June 12, 2024 order pending the Court's disposition of the petition for writ of mandamus.

However, on June 28, 2024, relators filed an "Unopposed Motion to Dismiss" their petition for writ of mandamus.  In the motion, relators stated that the parties had "resolved the issue that [was] the subject" of the mandamus petition, thereby rendering relators' mandamus petition and request for emergency relief moot.  Accordingly, relators requested that the Court dismiss their petition for writ of mandamus.

Relators' motion includes a certificate of conference stating that real party in interest is unopposed to the relief requested in relators' motion to dismiss.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant relators' motion and dismiss the petition for writ of mandamus.  We further deny as moot relators' "Emergency Motion for Temporary Relief," and dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

[1]  The underlying case is *Jennifer White v. Darsa Miller and Healing Path Acupuncture & Massage Therapy*, Cause No. 23-DCV-302411, in the 458th District Court of Fort Bend County, Texas, the Honorable Chad Bridges presiding.